IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| LIBBY B. TIGHE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>PNC BANK, NA., ALPINE INDEMNITY LIMITED, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY<br><br>                Defendants. | Civil Action No. 1:14-cv-02107-UA<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD D. EULISS |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Richard D. Euliss, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company in the captioned case.

I am in good standing of the bars of the District of Columbia and state of Florida, and there are no pending disciplinary proceedings against me in any state or federal court.

                                                                     Respectfully submitted,

Dated: April 24, 2014                      /s/ Richard D. Euliss
                                                             Richard D. Euliss, DC Bar #999166
                                                             Carlton Fields Jorden Burt, P.A.
                                                             1025 Thomas Jefferson Street NW
                                                             Suite 400 East
                                                             Washington DC 20007
                                                             reuliss@cfjblaw.com
                                                             202.295.6523

                                                             *Attorneys for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2014, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Richard D. Euliss, and [Proposed] Order for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Richard D. Euliss

#283520v1dc



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## RICHARD DONALD EULISS

was on **FEBRUARY 7, 2011** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 11, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RICHARD DONALD EULISS

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 17, 2004,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 9, 2014.*

*Clerk of the Supreme Court of Florida.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| LIBBY B. TIGHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PNC BANK, NA., ALPINE INDEMNITY LIMITED, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY<br><br>Defendants. | Civil Action No. 1:14-cv-02107-UA<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF RICHARD D. EULISS |

The Motion of Richard D. Euliss for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia and state of Florida; and that his contact information is as follows:

Applicant's Name:  Richard D. Euliss
Firm Name:       Carlton Fields Jorden Burt, P.A.
Address:         1025 Thomas Jefferson Street NW, Suite 400 East
City/State/Zip:  Washington DC 20007
Telephone:       202.295.6523
E-mail:          reuliss@cfjblaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Corporation in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                 United States District / Magistrate Judge

#283522v1dc