```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/2/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LIBBY B. TIGHE,                                  :         14 Civ. 2107 (SHS)

                Plaintiff,               :

    -against-                                      :         ORDER

PNC BANK, N.A., *ET AL.*,                        :

                Defendants.              :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that the conference scheduled for May 7, 2014, at 4:00 p.m., is adjourned to May 15, 2014, at 4:00 p.m. Plaintiff's attorney shall send a copy of this Order to defendants.

Dated: New York, New York
       May 1, 2014

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.