IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

LIBBY B. TIGHE, individually and on behalf of
all others similarly situated,

                    Plaintiffs,

          v.                                            Civil Action No. 1:14-cv-02107-UA

PNC BANK, NA., ALPINE INDEMNITY                         MOTION FOR ADMISSION *PRO HAC*
LIMITED, ASSURANT, INC., AMERICAN                       *VICE* OF FARROKH JHABVALA
SECURITY INSURANCE COMPANY, and
STANDARD GUARANTY INSURANCE
COMPANY

                    Defendants.

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and
Eastern Districts of New York, I, Farrokh Jhabvala, hereby move this Court for an Order for
admission to practice *Pro Hac Vice* to appear as counsel for Defendants Assurant, Inc., American
Security Insurance Company, and Standard Guaranty Insurance Company in the captioned case.

        I am in good standing of the bar of the state of Florida, and there are no pending
disciplinary proceedings against me in any state or federal court.

Dated:  May 6, 2014                     Respectfully submitted,
                                        /s/ Farrokh Jhabvala
                                        Farrokh Jhabvala, FL Bar #765155
                                        Carlton Fields Jorden Burt, P.A.
                                        100 S.E. Second Street
                                        Suite 4200
                                        Miami, FL  33131-2113
                                        fjhabvala@cfjblaw.com
                                        302.347-6845

                                        *Attorneys for Defendants Assurant, Inc., American*
                                        *Security Insurance Company, and Standard*
                                        *Guaranty Insurance Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2014, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Farrokh Jhabvala and [Proposed] Order for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Farrokh Jhabvala

#283523v1dc

2

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### FARROKH JHABVALA

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 23, 1988,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 9, 2014.*

*Clerk of the Supreme Court of Florida.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

LIBBY B. TIGHE, individually and on behalf of
all others similarly situated,

                         Plaintiffs,

        v.                                          Civil Action No. 1:14-cv-02107-UA

PNC BANK, NA., ALPINE INDEMNITY                     [PROPOSED]  ORDER  FOR  ADMISSION
LIMITED, ASSURANT, INC., AMERICAN                   *PRO HAC VICE* OF FARROKH JHABVALA
SECURITY INSURANCE COMPANY, and
STANDARD GUARANTY INSURANCE
COMPANY

                         Defendants.

The Motion of Farrokh Jhabvala for admission to practice *pro hac vice* in the above-captioned
action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida;
and that his contact information is as follows:

        Applicant's Name:      Farrokh Jhabvala
        Firm Name:             Carlton Fields Jorden Burt, P.A.
        Address:               100 S.E. Second Street, Suite 4200
        City/State/Zip:        Miami, FL 33131-2113
        Telephone:             305.347.6847
        E-mail:                fjhabvala@cfjblaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for
Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance
Corporation in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.

Dated:

                                          _____
                                          United States District / Magistrate Judge

#283524v1dc