UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBBY B. TIGHE,

                Plaintiff,

-against-

PNC BANK, N.A., et al.,

                Defendant.

14 cv 2107 ( SHS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I _Peter A. Muhic_, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _Plaintiff, Libby B. Tighe_ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _Pennsylvania and New Jersey_ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Peter A. Muhic

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA 19087

Telephone / Fax: (610) 667-7706 / (610) 667-7056

E-Mail: pmuhic@ktmc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York through the CM/ECF system, thereby automatically serving all registered parties.

/s/ Peter A. Muhic
Peter A. Muhic

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Peter Anthony Muhic, Esq.

**DATE OF ADMISSION**

**December 2, 1994**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: April 22, 2014**

John W. Person Jr., Esq.
Deputy Prothonotary

# EXHIBIT B

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **PETER A MUHIC** (No. **041051994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 5TH day of May, 20 14.

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBBY B. TIGHE,

                Plaintiff,

    -against-

PNC BANK, N.A., et al.

                Defendant.

14 cv 2107 ( SHS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Peter A. Muhic, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania and New Jersey; and that his/her contact information is as follows (please print):

Applicant's Name: Peter A. Muhic

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA  19087

Telephone / Fax: (610) 667-7706 / (610) 667-7056

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Libby B. Tighe in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                   United States District / Magistrate Judge