UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBBY B. TIGHE, individually and on behalf
of all others similarly situated,

                Plaintiff,

v.

PNC BANK, N.A., ALPINE INDEMNITY
LIMITED, ASSURANT, INC., AMERICAN
SECURITY INSURANCE COMPANY, and
STANDARD GUARANTY INSURANCE
COMPANY,

                Defendants.

No. 1:14-cv-02107 (SHS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Defendants PNC Bank, N.A. and Alpine Indemnity Limited. I certify that I am admitted to practice before this Court.

Dated: New York, New York
         May 13, 2014

Respectfully Submitted,

*/s/ John L. Scott*
John L. Scott
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-Mail: jscott@reedsmith.com

## CERTIFICATE OF SERVICE

I certify that on May 13, 2014, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will serve notification of such filing to all of the attorneys of record.

*/s/ John L. Scott*
John L. Scott
